# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 24-cv-07847 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 24-cv-07847 shall be vacated and that case number 24-cv-07847 shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*[signature]*

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 6th day of September 2024.